**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH D. LYLES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MR. SANDHU, el al.,<br><br>　　　　　Respondents. | Case No. CV 14-7533 DOC (SS)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Denying Motion for Extension of Time and Dismissing Action Without Prejudice,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:　February 4, 2015

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE